**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| RHONDA MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,<br><br>Defendant. | ) | CV425-306 |

**ORDER**

On November 5, 2026, the Court held an informal status conference with the parties to discuss Plaintiff's request to serve Defendant by e-mail, doc. 28, request for additional accommodations, doc. 34, and Motion for Extension of Time to Conduct Rule 26(f) Conference, doc. 40. *See also* doc. 41 (Notice of Status Conference). Based on that discussion, the Court hereby modifies Plaintiff's current accommodations and directs the parties to conduct the Rule 26(f) Conference.

First, the Court **GRANTS** Plaintiff's request to serve Defendant by e-mail. Doc. 28. Additionally, the Court's previously imposed accommodation that required both the Clerk and Defendant to provide courtesy copies of certain documents in 20-point font, doc. 14, is now

**MODIFIED** to require 24-point font. The Clerk is **DIRECTED** to send a courtesy copy of all Court filings in 24-point font to the email address provided by Plaintiff: rhondamaxwell2011@hotmail.com. Additionally, Defendant is **DIRECTED** to send courtesy copies of lawyer-generated documents to Plaintiff in 24-point font to the email address above. Plaintiff's requests for additional accommodations are therefore **DISMISSED** as moot. Docs. 34 & 42.

Furthermore, the parties are **DIRECTED** to confer and conduct the Rule 26(f) Conference by December 1, 2026. Then, no later than December 15, 2026, the parties are **DIRECTED** to submit a Rule 26(f) Report to the Court. During the status conference, Plaintiff indicated she was in the process of obtaining additional visualization technology. Therefore, in the 26(f) Report, the parties are instructed to advise the Court as to Plaintiff's progress using this visualization technology. Plaintiff's Motion for Extension of Time to Conduct the Rule 26(f) Conference is **DISMISSED** as moot. Doc. 40.

Plaintiff also filed a Motion to Temporarily Stay or Extend the Rule 26(f) Conference. Doc. 43. The Court construes Plaintiff's Motion as a request to extend the deadline to conduct the Rule 26(f) Conference. The

deadlines above extend the original deadlines established by the Court at the informal status conference. As such, Plaintiff's Motion to Temporarily Stay or Extend the Rule 26(f) Conference and Related Report Deadline Pending Receipt of Court-Provided Accessible Materials is **DISMISSED** as moot. Doc. 43.

Finally, Plaintiff's Motion requests large-print copies of the Court's Rule 26 Instruction Order and related documents. Doc. 43 at 9.[1] The Court notes that several Orders, including the District Judge's Rule 26(f) Order, were docketed before the Court granted Plaintiff's accommodations, doc. 15 at 8, so it appears that she has never received them in an accommodated format. Accordingly, the Clerk is **DIRECTED** to e-mail Plaintiff courtesy copies of Judge Baker's Rule 26(f) Report Instruction Order, doc. 5, the form required by, and incorporated into, that Order, doc. 5 at 2 (available at https://www.gasd.uscourts.gov/Judge-Baker-Civil-Cases), and the Standing Order Regarding Cases Pending

---

[1] While Defendant offered to provide Plaintiff with a courtesy-copy of the Rule 26(f) Report Form in 24-point font, Plaintiff expressed reservations regarding her ability to verify its accuracy. Doc. 43 at 5. To be clear, defense counsel are officers of the Court and are bound to practice in conformity with the Georgia Rules of Professional Conduct. *See* S.D. Ga. LR Gen. 1B(j)(2).

Before Judge Baker, a link to which is included in the docket entry for doc. 5, all in 24-point font.

**SO ORDERED**, this 24th day of November, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA